```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
Gregory Martinez,                                            :
                                                             :         ORDER
                                    Plaintiff,               :
                                                             :
            -against-                                        :         22-CV-1393 (JLR) (KHP)
                                                             :
Kilolo Kijakazi,                                             :
                                                             :
                                    Defendant.               :
                                                             :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2023

**KATHARINE H. PARKER, United States Magistrate Judge**.

As discussed in the February 2, 2023 conference, all briefing deadlines are extended by 30 days.

A status call is scheduled for **March 9, 2023, at 11:45 a.m**. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. Please dial (866) 434-5269, Access Code: 4858267.

**SO ORDERED.**

Dated:   February 3, 2023
         New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge