```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Gregory Martinez,

      Plaintiff,

  -against-

Kilolo Kijakazi,

      Defendant.
-------------------------------------------------------------X

**ORDER**

22-CV-1393 (JLR) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

  As discussed in the March 9, 2023 conference, the parties shall file a letter by March 23, 2023, updating the Court on their progress with settlement discussions or proposing a briefing schedule.

  **SO ORDERED.**

Dated: March 9, 2023
    New York, New York

               *Katharine H. Parker*
               KATHARINE H. PARKER
               United States Magistrate Judge