**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GREGORY MARTINEZ,

                Plaintiff,                22 **CIVIL** 1393 (JLR)(KHP)

    -v-                          **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 21, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), solely for the payment of benefits.

**Dated:** New York, New York
          March 22, 2023

                                                    **RUBY J. KRAJICK**

                                                   _____
                                                        **Clerk of Court**

                                **BY:**      *K. Mango*

                                                        _____
                                                        **Deputy Clerk**